UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br> v.<br><br>CARLOS MARTINEZ (2),<br><br>      Defendant. | NO:  1:16-CR-2059-RMP-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND MOTION TO EXPEDITE |

BEFORE THE COURT is Defendant Carlos Martinez's Motion to Modify Conditions of Pretrial Release, ECF No. 96, and Motion to Expedite, ECF No. 97. The motions were determined without oral argument.  The Court has reviewed the relevant pleadings and is fully informed.

The Court set the conditions of pretrial release for Mr. Martinez on December 15, 2016. ECF No. 91.  As one condition, Mr. Martinez was required to surrender his passport. *Id.* at ¶ 10.  Mr. Martinez now requests that Pretrial Services return his passport for one day to allow him to get a Washington driver's license. ECF No. 96. In his request, Mr. Martinez asserts that United States

ORDER GRANTING MOTION TO MODIFY AND MOTION TO EXPEDITE ~ 1

Probation and the United States Attorney's Office do not oppose this request. *Id.* Mr. Martinez has been in compliance with all terms of pretrial release thus far.

The Court finds good cause to grant this request. Pretrial Services shall provide Mr. Martinez with his passport for one day for the limited purpose to obtain a driver's license. Mr. Martinez will immediately return the passport to Pretrial Services upon completion of his driver's license application. Mr. Martinez shall not use the passport for any other purpose, including but not limited to, traveling out of the state of Washington. All other conditions of pretrial release shall remain the same.

According, **IT IS HEREBY ORDERED**:

1. Defendant Martinez's Motion to Modify Conditions of Pretrial Release, **ECF No. 96**, is **GRANTED**.

2. Defendant Martinez's Motion to Expedite, **ECF No. 97**, is **GRANTED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and United States Probation.

**DATED** January 20, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge
